UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
<u>CIVIL MINUTES - TRIAL</u>

Case No. <u>C-1-95-970</u>   Date: <u>1/31/05</u>

Case Name: <u>United States of America ex rel., Roger Sanders, et al., v. Allison Engine Co. et al.,</u>

Ct. Rptr. <u>Leslie Foley</u>   Ctrm Deputy: <u>Jeffrey Garey</u>

Honorable: <u>Thomas M. Rose</u>

Docket Entry: <u>Voir dire held 1/31/05.  Jury seated and sworn in.</u>

Attorneys for Plaintiffs:
1. Scott Powell
2. James Helmer
3. Paul Martins
4. Don McKenna
5. Rob Rice
6.

Attorneys for Defendants:
1. Glen Whitaker
2. Victor Walton
3. Michael Rich
4. Dave Kamp
5. William Posey
6. Larry Elleman

\_\_\_\_ Case called and continued to _____ for trial.
\_\_\_\_ Court Trial
<u>XX</u> Jury Trial - The Jury impaneled and sworn in.

SEE SEPARATE LIST FOR WITNESSES AND EXHIBITS.

\_\_\_\_ Case continued to _____ for further trial.
\_\_\_\_ Jury retires to deliberate at: _____
\_\_\_\_ Jury returns at: _____
\_\_\_\_ Ordered Jury be taken to _____
\_\_\_\_ JURY VERDICT.  SEE SIGNED VERDICT.
  \_\_\_\_ Jury Polled   \_\_\_\_ Polling Waived
\_\_\_\_ Judgement by Court for:
  \_\_\_\_ Plaintiff   \_\_\_\_ Defendant; for: _____
\_\_\_\_ Findings, Conclusions of Law, Judgement to be prepared by:
  \_\_\_\_ Plaintiff   \_\_\_\_ Defendant
\_\_\_\_ Submitted.  \_\_\_\_ Briefs to be filed:
  \_\_\_\_ Plaintiff   \_\_\_\_ Defendant   \_\_\_\_ Reply

Case No. __C-1-95-970__    Date: __1/31/05__    Page: __1__

Case Name: __Sanders et al., v. Allison Engine Co., et al.,__

Ct Rptr: __Leslie Foley__    Ctrm Deputy __Jeffrey Garey__

| Pltf | | Deft | | Item | Atty | Exam | Time |
|---|---|---|---|---|---|---|---|
| No | Id | No | Id | | | | |
| | | | | Convene for voir dire | | | 10:20 |
| | | | | Introduction of the Court | | | 10:21 |
| | | | | Instructions by the Court | | | 10:29 |
| | | | | Prospective Jurors sworn in | | | 10:30 |
| | | | | Voir Dire by the Court | | | 10:31 |
| | | | | Recess | | | 11:13 |
| | | | | Counsel met in Courtroom #2 outside presence of jury | | | 11:20 |
| | | | | Recess | | | 11:28 |
| | | | | Reconvene w/ prospective jurors present | | | 11:30 |
| | | | | Continued voir dire by the Court | | | 11:30 |
| | | | | Recessed for lunch | | | 12:15 |
| | | | | Reconvened | | | 1:35 |
| | | | | Voir Dire by the relators | Rel | | 1:36 |
| | | | | Recess | | | 3:00 |
| | | | | Reconvene | | | 3:20 |
| | | | | Voir dire by defendants | Deft | | 3:21 |
| | | | | Recess | | | 4:43 |
| | | | | Reconvened outside presence of jury | | | 5:05 |
| | | | | Challenges for cause | | | 5:09 |
| | | | | Juror #52 voir dired individually | | | 5:26 |
| | | | | Peremptory challenges | | | 5:30 |
| | | | | Recess | | | 5:55 |
| | | | | Reconvene with jury present | | | 6:01 |

Case No.  C-1-95-970          Date:  1/31/05          Page:  2

Case Name:  Sanders et al., v. Allison Engine Co., et al.,

Ct Rptr:  Leslie Foley          Ctrm Deputy  Jeffrey Garey

| Pltf | | Deft | | Item | Atty | Exam | Time |
|---|---|---|---|---|---|---|---|
| No | Id | No | Id | | | | |
| | | | | Seated jury | | | 6:02 |
| | | | | Court thanked and dismissed remaining jurors | | | 6:06 |
| | | | | Jury sworn in | | | 6:08 |
| | | | | Recessed for the day | | | 6:11 |