## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA**
**ex rel. ROGER L. SANDERS, et al.,**

                         **Relators,**

                                                **Case No. C-1-95-970**

**-vs-**

                                                **Judge Thomas M. Rose**

**ALLISON ENGINE COMPANY, et al.,**

                         **Defendants.**

---

### ORDER

---

        Plaintiffs' response to Defendants' Memorandum Regarding Re-Briefing of Motion for Judgment As a Matter of Law (doc. #710) is due on June 19, 2009. However, briefing of this matter is hereby stayed pending further order of the Court.

        **DONE** and **ORDERED** in Dayton, Ohio, this Eighteenth day of June, 2009.

                                         **s/ Thomas M. Rose**

                              _____

                                      THOMAS M. ROSE
                            UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record