IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA, :
ex rel., ROGER L. SANDERS, et al.

      Plaintiffs, :

                              Case No. 1:95-CV-970

vs

ALLISON ENGINE COMPANY, INC., : District Judge Thomas M. Rose
et al.,

      Defendants. :

## ORDER OF DISMISSAL: TERMINATION ENTRY

      The Court having been advised that the above matter has been settled, IT IS ORDERED that this action is hereby DISMISSED, provided that any of the parties may, upon good cause shown within thirty (30) days, reopen the action if settlement is not consummated.

      Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America,* 114 S.Ct. 1673 (1994), and incorporate appropriate language in any substituted judgment entry.

      The Court will retain jurisdiction to enforce the terms of the settlement between the parties, if necessary.

      IT IS SO ORDERED.

Date: **January 30, 2014**

                                                    Thomas M. Rose, Judge
                                                    United States District Court